174 A.3d 520

CHEE LI AND FENG LI, PLAINTIFFS-PETITIONERS, v. BMW
OF NORTH AMERICA, LLC, DEFENDANT-RESPONDENT.

C–177 September Term 2017
079727

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000453–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied, with costs.